**Order entered November 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00820-CV

**17714 BANNISTER, Appellant**

**V.**

**TAS ENVIRONMENTAL SERVICES LP, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04496-2020**

## ORDER

In an effort to determine this Court's jurisdiction over this appeal, we **ORDER** Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court, to file, on or before **November 30, 2022**, the reporter's record of the hearing conducting on July 27, 2022. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Bardwell and all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE